**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00398-REB-MJW

JOHN M. MBAKU,

    Plaintiff,

v.

INTERACTIVE LEARNING SYSTEMS, INC.,
ELMER R. SMITH, President Interactive Learning Systems, Inc.,
GINA STEMBRIDGE, ESL Department Chair Interactive Learning Systems, Inc.,
NICHOLAS TAGGART, ESL Academic Coordinator Interactive Learning Systems, Inc.,
and
PATRICIA A. HAWKINS, Academic Dean Interactive Learning Systems, Inc.

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On April 25, 2006, the plaintiff filed a **Motion to Withdraw Complaint** [#9]. After careful review of the motion to withdraw, which the court construes as a motion to dismiss, and the file, the court has concluded that the motion should be granted and this action should be dismissed under Fed.R.Civ.P. 41(a)(1)(ii).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Withdraw Complaint** [#9] filed on April 25, 2006, and is construed as a motion to dismiss, **IS GRANTED**; and

2.  That this action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(a)(1)(ii) with the parties to pay their own attorney fees and costs.

Dated April 25, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**